# Exhibit O

Past List dated October 3, 2017 - Toughbook - patents - Panasonic

Our website uses cookies and similar tools to improve its performance and enhance your user experience and by continuing to use this website without changing your settings, you consent to their use. To find out more about the cookies we use or how to change your settings, please see our Cookie Policy.  OK

NEWS

Panasonic

Consumer     Business     Support     About Us

> Panasonic   > patents   > toughbook   > Past List dated October 3, 2017

# Past List dated October 3, 2017

The following list is as of the date of creation and may include discontinued products or expired patents.

Updated: October 3, 2017

| Product Name | US Patent Number |
|---|---|
| CF-19 series | "7,069,489" "7,086,768" "7,266,167" "7,277,086" "7,328,389" "7,351,928" "7,778,339" "8,095,833" "8,229,026" "8,233,288" "8,446,973" "8,527,827" "8,533,509" "8,705,656" "8,788,851" "8,982,998" "9,026,877" "9,160,596" "9,331,047" "9,363,124" "9,473,268" "RE45,368" |
| CF-20 series | "7,069,489" "7,266,167" "7,328,389" "7,778,339" "8,045,323" "8,095,833" "8,120,896" "8,229,026" "8,446,973" "8,527,827" "8,533,509" "8,611,073" "8,705,656" "8,788,851" "8,816,646" "8,978,156" "8,982,998" "9,026,877" "9,160,596" "9,161,467" "9,331,047" "9,363,124" "9,417,780" "9,473,268" "9,501,206" "9,501,210" "D756,994" "D756,998" "D766,232" "RE45,368" |
| CF-31 series | "7,069,489" "7,086,768" "7,266,167" "7,328,389" "7,351,928" "7,626,747" "7,778,339" "8,095,833" "8,229,026" "8,379,386" "8,405,990" "8,446,973" "8,527,827" "8,533,509" "8,559,192" "8,587,961" "8,593,807" "8,687,353" "8,705,656" "8,788,851" "8,816,927" "8,982,571" "8,982,998" "9,026,877" "9,093,123" "9,160,596" "9,317,077" "9,331,047" "9,363,124" "9,473,268" "RE45,368" |
| CF-33 series | "7,069,489" "7,266,167" "7,328,389" "7,778,339" "8,095,833" "8,229,026" "8,446,973" "8,527,827" "8,533,509" "8,705,656" "8,788,851" "8,816,646" "8,982,998" "9,026,877" "9,160,596" "9,331,047" "9,363,124" "9,417,780" "9,473,268" "9,501,206" "9,501,210" "RE45,368" |
| CF-53 series | "7,069,489" "7,086,768" "7,266,167" "7,328,389" "7,351,928" "7,778,339" "8,095,833" "8,208,218" "8,229,026" "8,441,807" "8,446,973" "8,527,827" "8,533,509" "8,593,807" "8,705,656" "8,788,851" "8,848,386" "8,982,998" "9,026,877" "9,160,596" "9,331,047" "9,363,124" "9,473,268" "RE45,368" |
| CF-54 series | "7,069,489" "7,266,167" "7,328,389" "7,778,339" "8,095,833" "8,229,026" "8,446,973" "8,527,827" "8,533,509" "8,705,656" "8,788,851" "8,816,646" "8,982,998" "9,026,877" "9,160,596" "9,331,047" "9,363,124" "9,473,268" "D733,698" "D753,650" "RE45,368" |
| FZ-A2 series | "7,069,489" "7,266,167" "7,328,389" "7,778,339" "8,095,833" "8,229,026" "8,446,973" "8,527,827" "8,533,509" "8,705,656" "8,788,851" "8,982,998" "9,026,877" "9,160,596" "9,331,047" "9,363,124" "9,473,268" "RE45,368" |
| FZ-B2 series | "7,069,489" "7,266,167" "7,328,389" "7,778,339" "8,045,323" "8,095,833" "8,120,896" "8,229,026" "8,446,973" "8,527,827" "8,533,509" "8,611,073" "8,705,656" "8,788,851" "8,982,998" "9,026,877" "9,160,596" "9,161,467" "9,331,047" "9,363,124" "9,405,321" "9,473,268" "D719,151" "D719,565" |

| | |
|---|---|
| | "RE45,368" |
| FZ-G1 series | "7,069,489" "7,266,167" "7,328,389" "7,778,339" "8,045,323" "8,095,833" "8,229,026" "8,405,990" "8,446,973" "8,527,827" "8,533,509" "8,611,073" "8,705,656" "8,788,851" "8,978,156" "8,982,998" "9,026,877" "9,052,872" "9,070,922" "9,160,596" "9,161,467" "9,213,377" "9,276,251" "9,331,047" "9,363,124" "9,417,780" "9,473,268" "9,501,206" "9,501,210" "D689,019" "D700,135" "D703,665" "RE45,368" |
| FZ-M1 series | "7,069,489" "7,266,167" "7,328,389" "7,778,339" "8,045,323" "8,095,833" "8,120,896" "8,229,026" "8,446,973" "8,527,827" "8,533,509" "8,611,073" "8,705,656" "8,788,851" "8,982,998" "9,026,877" "9,160,596" "9,161,467" "9,331,047" "9,363,124" "9,405,321" "9,417,780" "9,473,268" "9,501,206" "9,501,210" "D719,151" "D719,565" "RE45,368" |
| FZ-Q2 series | "7,069,489" "7,266,167" "7,328,389" "7,778,339" "8,095,833" "8,229,026" "8,446,973" "8,527,827" "8,705,656" "8,982,998" "9,026,877" "9,160,596" "9,363,124" "9,417,780" "9,473,268" "9,501,206" "9,501,210" "RE45,368" |

