| | | |
|---|---|---|
| 1 | **GIBSON, DUNN & CRUTCHER LLP** | **KING & SPALDING LLP** |
| 2 | Kenneth G. Parker, SBN 182911 | JOSEPH N. AKROTIRIANAKIS (SBN 197971) |
| |    kparker@gibsondunn.com |    jakro@kslaw.com |
| 3 | Paige Muhlestein, SBN 324418 | 633 West Fifth Street, Suite 1600 |
| |    pmuhlestein@gibsondunn.com | Los Angeles, CA 90071 |
| 4 | 3161 Michelson Drive | Telephone: (213) 443-4355 |
| | Irvine, California 92612 | Facsimile: (213) 443-4310 |
| 5 | Tel.: 949.451.3800 | |
| | Fax: 949.451.4220 | CHRISTOPHER C. CAMPBELL (pro hac vice) |
| 6 | |    chris.campbell@kslaw.com |
| 7 | Brooke Myers Wallace, SBN 259169 | 1700 Pennsylvania Ave. NW, Suite 200 |
| |    bwallace@gibsondunn.com | Washington, DC 20006 |
| 8 | 333 South Grand Avenue | Telephone: (202) 626-5578 |
| | Los Angeles, CA 90071-3197 | Facsimile: (202) 626-3737 |
| 9 | Tel.: 213.229.7000 | |
| | Fax.: 213.229.7520 | |

[ADDITIONAL CAPTIONS NEXT PAGE]

Attorneys for Plaintiff
PANASONIC CORPORATION

Attorneys for Defendants GETAC TECHNOLOGY CORPORATION and GETAC, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANASONIC CORPORATION, | Case No.: 8:19-cv-01118-DOC-DFM |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER VACATING ORDER MODIFYING CASE SCHEDULE [DKT. 171]** |
| GETAC TECHNOLOGY CORPORATION and GETAC, INC., | |
| Defendants. | Final Pretrial Conference: February 10, 2022 |
| | Trial Date: February 15, 2022 |

STIPULATION TO RESET REMAINING PRE-TRIAL FILING DEADLINES

**CROWELL & MORING LLP**
William H. Frankel (IL Bar No. 3127933; admitted *pro hac vice*)
　wfrankel@crowell.com
Tadashi Horie (IL Bar No. 6256941; admitted *pro hac vice*)
　thorie@crowell.com
Andrew S. McElligott (IL Bar No. 6317538; admitted *pro hac vice*)
　amcelligott@crowell.com
Jieun Lee (VA Bar No. 92923; admitted *pro hac vice*)
　jieunlee@crowell.com
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Tel.: 312.321.4200

Plaintiff Panasonic Corporation ("Panasonic") and Defendants Getac Technology Corporation and Getac, Inc. ("Getac") (collectively, the "Parties"), through their undersigned counsel, stipulate and jointly move as follows:

WHEREAS, on April 9, 2021, the Court granted the Stipulation to Substitute Defendants' Industrial Design Expert and Modify Case Schedule [Dkt. 171] ("the Scheduling Order");

WHEREAS, pursuant to the Scheduling Order, oppositions to motions *in limine* were due for filing today, October 18, 2021, the Final Pretrial Conference was set for October 25, 2021, at 8:30 a.m.; the statement of the case, voir dire, proposed jury instructions, and verdict form were due for filing on November 2, 2021; and the jury trial was set to begin on November 9, 2021;

WHEREAS, on October 18, 2021, this Court *sua sponte* vacated the date set for the Final Pretrial Conference and reset it for February 10, 2022, at 8:30 a.m. [Dkt. 264];

WHEREAS, also on October 18, 2021, this Court *sua sponte* vacated and continued the jury trial to February 15, 2022, at 8:30 a.m. [Dkt. 264];

WHEREAS, the parties conferred and agreed that in light of the fact that the Final Pretrial Conference and jury trial dates have been continued, it is unnecessary to complete briefing on the motions *in limine* on October 18, 2021, and likewise it is unnecessary to keep the date set for filing the statement of the case, voir dire, proposed jury instructions, and verdict form; and

WHEREAS, good cause exists to vacate the deadlines remaining as set in the Scheduling Order because they were set when the jury trial was scheduled to begin on November 9, 2021;

WHEREAS, the parties have conferred and agree to file their oppositions to the motions *in limine* on or before February 3, 2022, which is seven days prior to the Final Pretrial Conference; and

WHEREAS, the parties have conferred and agree to file the statement of the

case, voir dire, proposed jury instructions, and verdict form on or before February 8, 2022, which is seven days prior to the first date of trial.

**NOW, THEREFORE, THE PARTIES HEREBY MOVE, STIPULATE, AND AGREE**, subject to the approval of the Court, that:

1. The deadline to file oppositions to motions *in limine* shall be February 3, 2022.
2. The deadline to file the statement of the case, voir dire, proposed jury instructions, and verdict form shall be February 8, 2022.

**IT IS SO STIPULATED.**

Dated: October 18, 2021        GIBSON, DUNN & CRUTCHER

By:  */s/ Brooke Myers Wallace*
Kenneth G. Parker
Brooke Myers Wallace
Paige Muhlestein
GIBSON, DUNN & CRUTCHER

William H. Frankel
Tadashi Horie
Andrew S. McElligott
Jieun Lee
BRINKS GILSON & LIONE

*Attorneys for Plaintiff Panasonic Corporation*

Dated: October 18, 2021        KING & SPALDING LLP

By:   */s/ Christopher C. Campbell (with permission)*
Christopher C. Campbell
Joseph N. Akrotirianakis

*Attorneys for Defendants Getac Technology Corporation & Getac, Inc.*

## ATTESTATION REGARDING SIGNATURES

I, Brooke Myers Wallace, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

Dated: October 18, 2021

GIBSON, DUNN & CRUTCHER

By: /s/ Brooke Myers Wallace
Brooke Myers Wallace
GIBSON, DUNN & CRUTCHER
*Attorneys for Plaintiff Panasonic Corporation*