# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANASONIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GETAC TECHNOLOGY CORPORATION and GETAC, INC.<br><br>Defendants. | **Case No. 8:19-CV-01118-DOC-DFM**<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER ADVANCING HEARING DATE ON DEFENDANTS' MOTION TO CONTINUE TRIAL AND PRE-TRIAL DATES AND TO AMEND THE SCHEDULING ORDER**<br><br>Complaint Filed: June 5, 2019<br>Pre-Trial Conference: February 10, 2022<br>Trial Date: February 15, 2022 |

On January 5, 2022, Defendants Getac Technology Corporation and Getac, Inc. filed an Ex Parte Application for Order Advancing Hearing Date on its Motion to Continue Trial and Pre-Trial Dates and to Amend the Scheduling Order ("Application"). The Court understands that Plaintiff Panasonic Corporation agrees with the contents of this Application.

The Court, having considered Defendants' Application and all papers filed in support of and in opposition to the application, and the arguments of counsel, and GOOD CAUSE THEREFOR appearing, ORDERS as follows:

1. The Court GRANTS the relief sought by the Application;
2. Defendants' Motion to Continue Trial and Pre-Trial Dates and to Amend the Scheduling Order will be heard January 13, 2022 at 8:30 a.m.;
3. Any opposition to Getac's Motion to Continue Trial and Pre-Trial Dates and to Amend the Scheduling Order must to be filed no later than January 10;
4. Any reply brief in support of Getac's Motion to Continue Trial and Pre-Trial Dates and to Amend the Scheduling Order must to be filed no later than January 11.

**IT IS SO ORDERED.**

DATED: January 5, 2022

_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE