# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SA CV 19-01118-DOC-(DFMx) |
| Date | June 8, 2022 |
| Title: | Panasonic Corp., v. Getac Technology Corp., et al. |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Debbie Gale / Court Smart |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jason Lao, Kenneth Parker, and Andrea Levenson | Christopher Campbell, Joseph Akrotirianakis, Mikaela Stone, Britton Davis, and Brian Eutermoser |

_____ Day Court Trial      Seven Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   **X** Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
_____ Witnesses called, sworn and testified.   _____ Exhibits Identified   _____ Exhibits admitted.
_____ Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   ✓ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   _____ defendant(s) is read and filed.
✓ Jury polled.   _____ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
_____ Case continued to _____ for further trial/further jury deliberation.
_____ Other:

                                                                                           :   15
                                                    Initials of Deputy Clerk     kdu

cc: