FILED
CLERK, U.S. DISTRICT COURT
06/08/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: kdu  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANASONIC HOLDINGS CORPORATION f/k/a PANASONIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GETAC TECHNOLOGY CORPORATION and GETAC, INC.,<br><br>Defendants. | Case No. 8:19-CV-01118-DOC-DFM<br><br>Hon. David O. Carter<br><br>**JOINT VERDICT FORM**<br><br>Courtroom: 10A<br>Trial Date: May 31, 2022<br><br>JURY TRIAL DEMANDED |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of the Court as the verdict in our case.

**INFRINGEMENT**

1. Has Panasonic proved by a preponderance of the evidence that the Getac K120 infringed the **D'232 Patent**?

    √ yes (for Panasonic)

    ___ no (for Getac)

2. Has Panasonic proved by a preponderance of the evidence that the Getac UX10 infringed the **D'232 Patent**?

    √ yes (for Panasonic)

    ___ no (for Getac)

3. Has Panasonic proved by a preponderance of the evidence that the Getac K120 infringed the **D'634 Patent**?

    √ yes (for Panasonic)

    ___ no (for Getac)

4. Has Panasonic proved by a preponderance of the evidence that the Getac UX10 infringed the **D'634 Patent**?

    √ yes (for Panasonic)

    ___ no (for Getac)

5. Has Panasonic proved by a preponderance of the evidence that the Getac K120 infringed the **D'998 Patent**?

    √ yes (for Panasonic)

    ___ no (for Getac)

6. Has Panasonic proved by a preponderance of the evidence that the Getac UX10 infringed the **D'998 Patent**?

   √ yes (for Panasonic)

   ___ no (for Getac)

*If you checked "yes" (for Panasonic) in response to **any** of questions 1-6 above, answer question 7. If you answered "no" (for Getac) to all of questions 1-6, skip question 7 and proceed to question 8.*

## WILLFULNESS

7. If you answered "yes" (for Panasonic) to **any** of questions 1-6 above, has Panasonic proved by a preponderance of the evidence that Getac's infringement was willful?

   √ yes (for Panasonic)

   ___ no (for Getac)

## INVALIDITY

8. Did Getac prove by clear and convincing evidence that the **D'232 Patent** is invalid?

   ___ yes (for Getac)

   √ no (for Panasonic)

9. Did Getac prove by clear and convincing evidence that the **D'634 Patent** is invalid?

   ___ yes (for Getac)

   √ no (for Panasonic)

10. Did Getac prove by clear and convincing evidence that the **D'998 Patent** is invalid?

    ___ yes (for Getac)

    √ no (for Panasonic)

-3-
JOINT VERDICT FORM

**DAMAGES**

*If you answered **any** of questions 1-6 "yes" (for Panasonic) and also checked **any** of questions 8-10 "no" (for Panasonic), answer question 11. However, if you answered "no" (for Getac) to all of questions 1-6, skip question 11 and move to the Final Instructions.*

11. What amount of damages do you award Panasonic for Getac's infringement?

$ 17,515,616

## FINAL INSTRUCTIONS

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should sign and date the verdict form in the spaces below and notify the Bailiff that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: June 8 2022

Presiding Juror ███████████████