JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PANASONIC HOLDINGS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GETAC TECHNOLOGY CORPORATION and GETAC, INC.,<br><br>　　　　Defendants. | CASE NO. 8:19-cv-01118-DOC-DFM<br><br>**JUDGMENT**<br><br>Complaint Filed: June 5, 2019<br>Trial Date: May 31, 2022 |

This action was tried to a jury beginning on May 31, 2022, in Courtroom 10A of the above-entitled Court, before the Honorable District Court Judge David O. Carter. On June 8, 2022, the jury returned a verdict in favor of Plaintiff Panasonic Holdings Corporation ("Panasonic" or "Plaintiff") and against Defendants Getac Technology Corporation and Getac, Inc. (collectively, "Getac") on all questions. Dkt. 389.

**NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS HEREBY ENTERED IN THIS MATTER IN FAVOR OF PANASONIC AND AGAINST GETAC AS FOLLOWS:**

1. Getac has willfully infringed U.S. Patent Nos. D766,232 (the "D'232 Patent"), D756,998 (the "D'998 Patent"), and D785,634 (the "D'634 Patent").

2. The D'232 Patent, D'998 Patent, and D'634 Patent are not invalid under 35 U.S.C. § 103; 35 U.S.C. § 102; 35 U.S.C. § 112; or 35 U.S.C. § 101.

3. Judgment is entered against Getac on their counterclaims of non-infringement and invalidity.

4. Panasonic shall recover $17,515,616.00 from Getac on the jury verdict, and Getac Technology Corporation and Getac, Inc. shall be jointly and severally liable for that amount.

5. As provided in 28 U.S.C. § 1961, Panasonic shall also recover post-judgment interest, running from the date of this Judgment until the Judgment is paid, on all amounts listed in paragraph 4 above, as well as on any supplemental damages, if awarded, at a rate equal to the weekly average one-year constant maturity Treasury yield as of the week preceding the date of this Judgment, compounded annually.

Dated: July 15, 2022

HON. DAVID O. CARTER
United States District Judge