| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (SBN 197971) |
| 2 | *jakro@kslaw.com*<br>KING & SPALDING LLP |
| 3 | 633 West Fifth Street Suite 1600<br>Los Angeles, CA 90071 |
| 4 | Telephone:  (213) 443-4355<br>Facsimile:   (213) 443-4310 |
| 5 | CHRISTOPHER C. CAMPBELL (pro hac vice) |
| 6 | *chris.campbell@kslaw.com*<br>KING & SPALDING LLP |
| 7 | 1700 Pennsylvania Ave. NW<br>Suite 200 |
| 8 | Washington, DC 20006<br>Telephone:  (202) 626-5578 |
| 9 | Facsimile:   (202) 626-3737 |
| 10 | Attorneys for Defendants GETAC TECHNOLOGY CORPORATION AND GETAC, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PANASONIC HOLDINGS CORPORATION f/k/a PANASONIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GETAC TECHNOLOGY CORPORATION and GETAC, INC.<br><br>Defendants. | **Case No. 8:19-CV-01118-DOC-DFM**<br>*(The Honorable David O. Carter)*<br><br>**JOINT STIPULATION TO MOVE THE HEARING DATE FOR PANASONIC'S MOTION FOR PERMANENT INJUNCTION** |

1. Defendants Getac Technology Corporation and Getac, Inc. ("Defendants" or "Getac") and Plaintiff Panasonic Holdings Corporation ("Plaintiff" or "Panasonic"), through their undersigned counsel, stipulate as follows.

On August 5, 2022, the parties filed a Joint Stipulation to Extend Certain Post-Trial Motion Deadlines and to Set a Briefing Schedule. (Dkt. 422)  As part of the stipulation the parties requested that "The hearing date for Plaintiff's Motion for Attorneys' Fees and Costs and Motion for Permanent Injunction will be moved from August 29, 2022 to September 12, 2022, or the earliest date the Court is available;…" (Dkt. 422 at 2).  The Court granted the parties stipulation on August 9, 2022. (Dkt. 424).  The order moved the hearing date for Plaintiff's Motion for Attorneys' Fees and Costs to October 4, 2022 at 7:30 a.m., but Plaintiff's Motion for Permanent Injunction was inadvertently not reset. (Dkt. 424 at 2).  Based on the briefing schedule stipulated to by the parties and ordered by the Court, Panasonic's Reply in Support of Plaintiff's Motion for Permanent Injunction is not due until August 29, 2022 – the same day as the hearing.  (Dkt. 422 at 2).

Whereas, the parties desire a full and efficient opportunity to present their evidence and arguments to the Court, the parties, by the undersigned counsel, stipulate, agree, and jointly request that:

1. The hearing date for Plaintiff's Motion for Permanent Injunction be moved from August 29, 2022 to October 4, 2022 at 7:30 a.m.

Good cause exists for this modification for the reasons summarized above.

| | | |
|---|---|---|
| 1 | Dated:  August 24, 2022 | KING & SPALDING LLP |
| 2 | | |
| 3 | | By:  /s/Christopher C. Campbell<br>CHRISTOPHER C. CAMPBELL<br>JOSEPH N. AKROTIRIANAKIS |
| 4 | | |
| 5 | | *Attorneys for Defendants* |
| 6 | Dated:  August 24, 2022 | HAYNES AND BOONE, LLP |
| 7 | | |
| 8 | | By:  /s/Kenneth G. Parker<br>Kenneth G. Parker<br>Jason T. Lao |
| 9 | | Andrea Levenson<br>**HAYNES AND BOONE, LLP** |
| 10 | | 600 Anton Boulevard, Suite 700<br>Costa Mesa, California 92626 |
| 11 | | Telephone: (949) 202-3000 |
| 12 | | William H. Frankel<br>Tadashi Horie |
| 13 | | Andrew S. McElligott<br>**CROWELL AND MORING LLP** |
| 14 | | 455 N. Cityfront Plaza Drive, Suite 3600<br>Chicago, Illinois 60611 |
| 15 | | Telephone: (312) 321-4200 |
| 16 | | *Attorneys for Plaintiff* |

2
JOINT STIPULATION TO MOVE THE HEARING DATE FOR PANASONIC'S MOTION FOR PERMANENT INJUNCTION

# **ATTESTATION REGARDING SIGNATURES**

I, Christopher C. Campbell, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

Dated:  August 24, 2022

KING & SPALDING LLP

By:   */s/Christopher C. Campbell*
       CHRISTOPHER C. CAMPBELL

*Attorneys for Defendants*