8:19-CV-01118-DOC - 6/8/2022 - Day 7

1

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - -

PANASONIC HOLDINGS CORPORATION,  )
                                 )   **CERTIFIED**
        Plaintiff,               )
                                 )
    vs.                          )  No. 8:19-CV-01118-DOC
                                 )     Day 7
GETAC TECHNOLOGY CORPORATION;    )
GETAC, INC.,                     )
                                 )
        Defendants.              )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Jury Trial

Santa Ana, California

Wednesday, June 8, 2022

Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-8141

Certified for U.S. District Court CM/ECF
Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter

**APPEARANCES OF COUNSEL:**

FOR PLAINTIFF PANASONIC HOLDINGS CORPORATION:

     Kenneth G. Parker
     HAYNES AND BOONE, LLP
     600 Anton Boulevard, Suite 700
     Costa Mesa, California 92626
     949-202-3014
     ken.parker@haynesboone.com

     Jason T. Lao
     HAYNES AND BOONE, LLP
     600 Anton Boulevard, Suite 700
     Costa Mesa, California 92626
     949-202-3051
     jason.lao@haynesboone.com

     Andrea Levenson
     HAYNES AND BOONE, LLP
     600 Anton Boulevard, Suite 700
     Costa Mesa, California 92626
     949-202-3000
     andrea.levenson@haynesboone.com


FOR DEFENDANT GETAC TECHNOLOGY CORPORATION; GETAC, INC.:

     Joseph N. Akrotirianakis (not present in AM)
     KING & SPALDING LLP
     633 West Fifth Street, Suite 1600
     Los Angeles, California 90071
     213-443-4355
     jakro@kslaw.com

     Christopher C. Campbell (pro hac vice)
     KING & SPALDING LLP
     1700 Pennsylvania Avenue NW, Suite 200
     Washington, DC 20006
     202-626-5578
     ccampbell@kslaw.com

     Britton F. Davis (pro hac vice)
     KING & SPALDING LLP
     1401 Lawrence Street, Suite 1900
     Denver, Colorado 80202
     720-535-2300
     bfdavis@kslaw.com

Case 8:19-cv-01118-DOC-DFM    Document 476    Filed 10/22/24    Page 3 of 13    Page ID
#:23125
8:19-CV-01118-DOC - 6/8/2022 - Day 7

3

**APPEARANCES (CONTINUED):**

FOR DEFENDANT GETAC TECHNOLOGY CORPORATION; GETAC, INC.:

    Brian Eutermoser (not present in AM)
    KING & SPALDING LLP
    1401 Lawrence Street, Suite 1900
    Denver, Colorado 80202
    720-535-2312
    beutermoser@kslaw.com

    Cori Cudabac Steinmann
    KING & SPALDING LLP
    500 West 2nd, Suite 1800
    Austin, Texas 78701
    512-457-2000
    csteinmann@kslaw.com


SPECIAL MASTER (Present):

    Alan Ball
    ALAN BALL INDUSTRIAL DESIGN (A.B.I.D.)
    50 Francesca Avenue
    Somerville, Massachusetts 02144-2002
    617-718-9342
    aball@abidstudio.com Alan Ball


ALSO PRESENT:

Joshua Courtney

Berta Gomez, Landmark Services (court housekeeping)


INTERPRETER:

    Kaoru Tamura, Japanese language

**I N D E X**

PROCEEDINGS                                                        PAGE

JURY TRIAL - DAY 7

Telephonic discussion with Juror Number 8              5

Juror Number 8 excused                                 7

Discussion re COVID with jury                          8

Certified for U.S. District Court CM/ECF
Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter

Case 8:19-cv-01118-DOC-DFM   Document 476   Filed 10/22/24   Page 5 of 13   Page ID
#:23127
8:19-CV-01118-DOC - 6/8/2022 - Day 7

5

**SANTA ANA, CALIFORNIA, WEDNESDAY, JUNE 8, 2022**

**Day 7**

(8:22 a.m.)

*(Outside the presence of the jury.)*

THE COURT:  Let's go on the record, Deb.

Let me state that we're on the record at the present time.  All counsel are present, the parties are present.  And the Court wanted to make an inquiry of Juror Number 8, who's now on the phone with us.  The gentleman was not feeling well, yesterday; thought he might have COVID.

**TELEPHONIC DISCUSSION WITH JUROR NUMBER 8**

THE COURT:  And, sir, how are you feeling today?

(To Ms. Gomez:)  Berta, don't go away.

JUROR NUMBER 8:  I'm okay, Judge.  It's just that I have a, uh, cold [verbatim].

THE COURT:  Do you have a headache?

JUROR NUMBER 8:  No.  No, I don't.

THE COURT:  You got the chills?

JUROR NUMBER 8:  No.

THE COURT:  Listen, both sides have excused you from jury service.  You no longer have to serve.  But this is just kind of a call on all of our part to see if you've been tested and if you actually have COVID, or if you actually have the flu or, you know, what your status is.

Have you actually been tested?

JUROR NUMBER 8:  Yes, um -- um, yes, I did.

THE COURT:  Did you test yourself yesterday?

JUROR NUMBER 8:  Yes, uh-huh.  And, uh, it turned out positive.

THE COURT:  It came back positive?

JUROR NUMBER 8:  Uh-huh.

THE COURT:  Was it a home test or did you go to the doctor?

JUROR NUMBER 8:  I went to an urgent care.

THE COURT:  Okay.

JUROR NUMBER 8:  'cause, uh, my -- uh, Monday, when I left Monday afternoon, um, like around -- maybe around 5:00 or 6:00 o'clock at night, uh, for some reason -- uh, I did check my blood pressure and it turned out 200-something.

THE COURT:  That's not good.

JUROR NUMBER 8:  And -- uh-huh.  So my wife told me, "We need to go urgent care and have you checked."  And at the same time, I'm kinda feeling, uh, you know, sick, like, uh, having a fever.

THE COURT:  Okay.

JUROR NUMBER 8:  So when I check my temperature it was 101.

THE COURT:  Okay.  Listen, you've been excused

Case 8:19-cv-01118-DOC-DFM    Document 476    Filed 10/22/24    Page 7 of 13    Page ID
#:23129
8:19-CV-01118-DOC - 6/8/2022 - Day 7

7

from jury service, and I think all of us on behalf of the plaintiff and the defendant would like to thank you for your service. And I'd like you to hear that appreciation on our part because you sat through an entire trial without the benefit of finally deciding this. So, very humbly, thank you for your public service, sir.

JUROR NUMBER 8: All right. Thank you, Judge.

THE COURT: Okay. Now, you take good care of yourself. Okay?

JUROR NUMBER 8: All right. Thank you.

THE COURT: All right. Thank you very much.

*(Juror Number 8 excused.)*

THE COURT: Now, Counsel, I propose to call the jury back in, disclose to them with transparency that the gentleman has tested positive for COVID. I think they deserve to know that.

We've deep cleaned. I'd like to introduce them to Berta.

(To Ms. Gomez:) Thank you, publicly.

MS. GOMEZ: You're welcome.

THE COURT: And then I'd like to move them down to another jury room, with your permission, which is on the ninth floor. And it's spacious. That way they can -- we've been doing our deliberations down there until the COVID went down -- recently anyway. It's a judge's chambers. Would

Case 8:19-cv-01118-DOC-DFM    Document 476    Filed 10/22/24    Page 8 of 13   Page ID #:23130
8:19-CV-01118-DOC - 6/8/2022 - Day 7

8

that be acceptable with all the parties?

MR. CAMPBELL:  Yes, Your Honor.

THE COURT:  Would you --

MR. PARKER:  Yes.

THE COURT:  I'm sorry.

MR. PARKER:  Yes.

THE COURT:  Karlen, would you be kind enough to call these good folks in for a moment.

(To Ms. Gomez:) You deserve a lot of thanks.  The health workers are doing their job, the janitors.  Everybody else seems to close down, and here you are doing your job, so, humbly, thank you.  I think you've kept us going, quite frankly, so... 'cause if it didn't go now, it'd be a long time.

*(In the presence of the jury.)*

THE COURT:  Come on in, folks.  Have a seat for a moment.  Good morning.

The jury's present.  Counsel, if you'd be seated.

**DISCUSSION RE COVID WITH JURY**

THE COURT:  And, first of all, I want to thank you and state to you the following:  That what I'm about to state has nothing to do with your deliberations, but it has to do with my caring for you.

And we've checked, as of five minutes ago, and got Juror Number 8 on the phone.  Remember yesterday he wasn't

8:19-CV-01118-DOC - 6/8/2022 - Day 7

9

certain if he had COVID or not, so he went to get tested yesterday.  He does have COVID.  And I want to inform you of that immediately.

I want to -- Bertha, have a seat.

This is Berta Gomez.  And she's been deep-cleaning the seats that you occupy since early this morning.

(To Ms. Gomez:) And I just wanted to humbly thank you in the jury's presence and the Court's presence, Bertha, because we never see nor acknowledge all the health workers and the janitors who try to keep us safe.

So she's been scrubbing everything.  Okay?

JUROR NUMBER 8:  Yes, sir.

THE COURT:  (To the jury:) Now, I'm concerned.  And, therefore, I'm going to move you.  I'm going to move you to the ninth floor in a very spacious room, about the size of this room.  We've socially distanced you, although we didn't have to by CDC rules.  When I started the case, I kept you social-distanced five to six feet.  But that doesn't mean you haven't had an association.

If any of you feel uncomfortable, et cetera, you know, I want to know that right away.  But I want you to know why you're moving.  I want you to know that we validated the fact that he did take a test yesterday, and we weren't certain of his status.

(To Ms. Gomez:) And just humbly thank you but

acknowledge you also, Berta, for all the deep-cleaning you've done.

After they leave the jury room, I want you to deep-clean the jury room also.

MS. GOMEZ:  Yes.

And then tonight or this afternoon at lunch, depending -- we're going to deep-clean and keep deep-cleaning.  Okay?

MS. GOMEZ:  Yes.

THE COURT:  Okay.  Now, if you have any questions of me or if there's anything else we can do to accommodate you, let me know.  But we're going to bring all the material, et cetera, so that any one or more of you feel comfortable.

Is that acceptable to all of you folks?  Okay?

All right.  Then I'm going to have you start your deliberations.

(To Court Security Officer:) But would you bring the jury along with me.

(To court clerk:) Karlen, would you collect all of the evidence.

(To Court Security Officer:) I'm going to ask you to bring them to the ninth floor, to my old floor.

COURT SECURITY OFFICER:  Chambers?

THE COURT:  Yeah.  And we'll take them to the

complex courtroom.

And, Counsel, with your permission, I'll show them where they'll be accommodated.

Is that acceptable?

MR. CAMPBELL:  Yes, Your Honor.

MR. DAVIS:  Yes, Your Honor.

MR. PARKER:  Yes, Your Honor.

THE COURT:  Is there anything else you can think that would be of benefit, Counsel?

MR. PARKER:  No, Your Honor.

THE COURT:  All right.

(To the jury:) And, folks, you let me know also. If there's anything else that I can accommodate you with, I will immediately.  Apparently, 60 percent of us have had this already, so hopefully all of you folks are safe.  But I think transparency's the best thing.  And I think you deserve to know immediately where we stand health-wise to keep this system going.

All right.  I want to thank all of you.

All right.  Counsel, if you'd remain in the building, though, or close by.

Okay.  So I'll meet you on the Ninth Circuit floor.

*(Jury escorted from courtroom deliberation.)*

(To Ms. Gomez:) And, Berta, thank you.

8:19-CV-01118-DOC - 6/8/2022 - Day 7

12

                    MS. GOMEZ:  You're welcome.

                    THE COURT:  You're very kind.

              *(Recess held at 8:30 a.m.)*

         *(Further proceedings reported by CourtSmart to be*

    *separately transcribed in Volume II.)*

                              -oOo-

**Certified for U.S. District Court CM/ECF**
**Debbie Gale, CSR 9472, RPR, CCRR**
**Federal Official Court Reporter**

8:19-CV-01118-DOC - 6/8/2022 - Day 7

13

-oOo-

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held telephone in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  June 9, 2022

/s/ Debbie Gale
_____
DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR, CCRR

Certified for U.S. District Court CM/ECF
Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter